UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-20409-CIV-KING/MCALILEY

UNIVERSITY OF MIAMI,

      Plaintiff,

v.

INTUITIVE SURGICAL, INC.,

      Defendant.

_____/

## ORDER ON DEFENDANT'S VERIFIED MOTION TO TAX COSTS

      Pending before this Court is Defendant's Verified Motion to Tax Costs ("Motion") [DE 93], which the Honorable James Lawrence King referred to the undersigned for resolution [DE 102]. Plaintiff did not file a response to Defendant's Motion and its failure to respond may be deemed grounds to grant the motion by default pursuant to S.D. Fla. L. R. 7.1.C.

      In its Motion, Defendant, the prevailing party, seeks to recover its costs from Plaintiff pursuant to 28 U.S.C. §1920.[1]  Federal Rule of Civil Procedure 54(d) provides that a prevailing party is entitled to costs as a matter of course while §1920 enumerates the costs that may be taxed pursuant to Rule 54(d). *Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 441-2 (1987).  Thus, this Court construes Defendant's motion as one for costs

---

[1] Defendant's Verified Bill of Costs dated February 25, 2005, was previously submitted the Court but not filed with the Clerk.  It is attached to this Order as Exhibit A.

pursuant to Rule 54(d).

Although Defendant, as the prevailing party, is entitled to costs, it must provide the Court sufficient information to demonstrate that the costs it seeks to recover are authorized by §1920 and were reasonable or necessarily incurred. Defendant has attached invoices and an itemization of the costs its seeks, but this information does not sufficiently educate the court as to whether many of those expenses were reasonably and necessarily incurred. For instance, Defendant seeks $15,978.90 in deposition related costs. Taxation of deposition costs is authorized by section 1920(2) only if the depositions were "necessarily obtained for use in the case." 28 U.S.C. § 1920(2); *United States Equal Employment Opportunity Commission v. W.& O., Inc.*, 213 F.3d 600, 620-21 (11th Cir. 2000). Because Defendant has not explained why the relevant depositions were taken or how they were used in the case, the undersigned cannot make the requisite factual finding that the costs incurred were necessarily obtained for use in the case.

Likewise, copying costs are recoverable under § 1920(4) only if the "prevailing party could have reasonably believed that it was necessary to copy the papers at issue." *See United States Equal Employment Opportunity Commission*, 213 F.3d at 623. Although Defendant's itemization of costs does contain a cursory description of the items copied, it lacks sufficient detail to allow the undersigned to determine whether they are taxable.

Moreover, a review of these Defendant's invoices indicates Defendant seeks reimbursement for items which appear to have been for the convenience of counsel or are

2

otherwise not taxable, such as the stenographic transcript and videotape of the same deposition,[2] copies of transcript exhibits,[3] postage and handling,[4] and ASCIIs.[5]

The foregoing is not a comprehensive analysis of Defendant's Bill of Costs; it is intended to illustrate the nature of the deficiencies and to guide Defendant in its preparation of a revised bill of costs. Based on the foregoing, it is

ORDERED and ADJUDGED that Defendant's Motion is **GRANTED as to entitlement only and DENIED as to amount.** If Defendant wishes to submit a revised bill of costs it must first carefully review its costs and determine if they are of a nature that courts have found recoverable under Rule 54(d) and § 1920. Next, Defendant must submit its revised bill of costs and supporting legal authority to Plaintiff and the parties shall confer in good faith to reach agreement as to the amount of Defendant's recoverable costs. The Court expects that the parties will reach agreement. In the event any disagreement remains between

---

[2] "A party seeking to tax the cost of a videotaped deposition must show the necessity of the videotaping and not merely convenience. If a party succeeds in taxing the cost of a videotaped deposition, then that party may not also succeed in taxing the transcription thereof. One is *in lieu of* the other." *See United States v. Davis*, 87 F. Supp.2d 82, 88 (D.R.I. 2000) (citations omitted).

[3] The cost of deposition exhibits will not be taxed as they are primarily for the convenience of counsel. *See Southprint, Inc. v. H3, Inc.*, 2005 WL 3177627 * 3 (W.D.Va.2005)

[4] Postage and handling expenses are not recoverable as costs under § 1920. *See Davis*, 87 F. Supp.2d at 89.

[5] The cost of ASCII transcripts is not recoverable. *See Johnson v. Communications Supply Corp.*, 2006 WL 3709620, *1 (S.D. Fla..2006).

the parties Defendant may, **no later April 3, 2007**, file a revised bill of costs, along with a supplemental memorandum of fact and law that documents Defendant's entitlement to recover the costs in dispute.

Inasmuch as Plaintiff elected not to file a response to Defendant's Motion as required by Local Rule 7.1.C, this Court will not entertain a memorandum in opposition to Defendant's revised bill and supplemental memorandum.

DONE and ORDERED in chambers at Miami, Florida, this 13th day of March, 2007.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

*Copies to:*
*The Honorable James Lawrence King*
All counsel of record

4

# EXHIBIT A

AO 133 (Rev. 9/89) Bill of Costs

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

UNIVERSITY OF MIAMI,

              Plaintiff,

v.

INTUITIVE SURGICAL, INC.,

              Defendant.

## BILL OF COSTS

Case Number: 04-20409-CIV-KING
Magistrate Judge McAliley
Date:  February 25, 2005

Judgment having been entered in the above entitled action on January 27, 2005 against Plaintiff, University of Miami, the Clerk is requested to tax the following as costs:

1. Fees of the Clerk .................................................................................................................................

2. Fees for service of summons and subpoena  (See attached Itemization) ........................................... $     250.00

3. Fees of the court reporter for all or any part of the transcript necessarily
obtained for use in the case (See attached Itemization)........................................................................ $ 15,978.90

4. Fees and disbursements for printing.....................................................................................................

5. Fees for witnesses (See attached Itemization) ................................................................................... $      50.00

6. Fees for exemplification and copies of papers necessarily obtained for
use in the case (See attached Itemization) ......................................................................................... $  1,013.38

7. Docket fees under 28 U.S.C. § 1923 ....................................................................................................

8. Costs as shown on Mandate of Court of Appeals ..............................................................................

9. Compensation of court-appointed experts .........................................................................................

10. Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 .................

11. Other costs:  (please itemize) .............................................................................................................

                                                                       **TOTAL   $17,292.28**

**SPECIAL NOTE**:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: **Eric D. Isicoff, Esq.**, Isicoff, Ragatz & Koenigsberg, P.A., 1101 Brickell Avenue, Suite 800 South Tower, Miami, Florida 33131.

Signature of Attorney: _____

Name of Attorney:     Robert G. Fracasso, Florida Bar No. 959928, Shutts & Bowen, LLP, 201 South Biscayne Blvd., 1500 Miami Center,  Miami, FL 33131.

For:__Defendant Intuitive Surgical, Inc._____     Date:  February 25, 2005.
                    Name of Claiming Party

Costs are taxed in the amount of_____ and included in the judgment.

_____ By:_____     _____
      *Clerk of Court*                          *Deputy Clerk*                          *Date*

767555.1 MAP

2

University of Miami v. Intuitive Surgical, Inc.
Case No. 04-20409-CIV-KING/McALILEY
**BILL OF COSTS**

## ITEMIZATION

| TYPE OF COSTS: | PAID TO: | AMOUNT: |
|---|---|---|
| **2.  Fees for service of summons and subpoena:** | | |
| Service of Subpoena for Records, re: Robert Bailey, M.D. | Juan Tapanes, Process Server | $     60.00 |
| Service of Subpoena for Records, re: Linda Bailey | Juan Tapanes, Process Server | 20.00 |
| Service of Subpoena for Records, re: Bailey Search & Associates | Juan Tapanes, Process Server | 40.00 |
| Service of Subpoena for Deposition, re: Michael Elliott | Juan Tapanes, Process Server | 40.00 |
| Service of Subpoena for Deposition, re: Benjamin Riestra | Juan Tapanes, Process Server | 90.00 |
| | **Total:** | **$     250.00** |
| **3.  Fees of the Court Reporter for all or any part of the transcript necessarily obtained for use in the case:** | | |
| Transcript and Fees, re: Deposition of Thomas Fitzpatrick taken on 10/27/2004 | Pinnacle Reporting, Inc. | $     373.91 |
| Transcript and Fees, re: Deposition of Maria Cabrera taken on 11/3/2004 | Pinnacle Reporting, Inc. | 337.50 |
| Transcript and Fees, re: Deposition of Minor Anderson taken on 11/4/2004 | Pinnacle Reporting, Inc. | 571.58 |
| Transcript and Fees, re: Deposition of Susan Montes taken on 11/8/2004 | Pinnacle Reporting, Inc. | 558.05 |
| Transcript and Fees, re: Deposition of Alan Fish taken on 11/9/2004 | Pinnacle Reporting, Inc. | 886.08 |
| Transcript and Fees, re: Deposition of Michael Elliott taken on 11/9/2004 | Pinnacle Reporting, Inc. | 273.21 |
| Transcript and Fees, re: Deposition of Benjamin Riestra taken on 11/10/2004 | Pinnacle Reporting, Inc. | 564.68 |
| Transcript and Fees, re: Deposition of Robert Bailey, M.D. taken on 11/12/2004 | Pinnacle Reporting, Inc. | 1,313.32 |
| Video Fees, re: Deposition of Robert Bailey, M.D. taken on 11/12/2004 | Legal View, Inc. | 1,090.00 |
| Transcript and Fees, re: Deposition of Darrin Uecker taken on 11/17/2004 | Combs Reporting, Inc. | 519.55 |

University of Miami v. Intuitive Surgical, Inc.
Case No. 04-20409-CIV-KING/McALILEY
**BILL OF COSTS**

## ITEMIZATION

| TYPE OF COSTS: | PAID TO: | AMOUNT: |
|---|---|---|
| Transcript and Fees, re: Deposition of Alecs Cukic taken on 11/17/2004 | Combs Reporting, Inc. | 609.40 |
| Transcript and Fees, re: Deposition of Susan Barnes taken on 11/18/2004 | Combs Reporting, Inc. | 463.50 |
| Transcript and Fees, re: Deposition of Ben Gong taken on 11/18/2004 | Combs Reporting, Inc. | 456.45 |
| Transcript and Fees, re: Deposition of Daniel Spacht taken on 11/22/2004 | Executive Reporting Service | 432.10 |
| Transcript and Fees, re: Deposition of David Stansberry taken on 11/23/2004 and 12/3/2004 | Pinnacle Reporting, Inc. | 2,637.00 |
| Video Fees, re: Deposition of David Stansberry taken on 11/23/2004 | Legal View, Inc. | 920.00 |
| Video Fees, re: Deposition of David Stansberry taken on 12/3/2004 | Legal Video & Media Specialists, Inc. | 570.00 |
| Transcript and Fees, re: Deposition of Dr. Alan Livingstone taken on 11/24/2004 | Pinnacle Reporting, Inc. | 456.82 |
| Transcript and Fees, re: Deposition of Joseph DeVivo taken on 11/29/2004 | Combs Reporting, Inc. | 964.73 |
| Transcript and Fees, re: Deposition of Paul Nolan taken on 11/29/2004 | Combs Reporting, Inc. | 333.28 |
| Transcript and Fees, re: Deposition of Lonnie Smith taken on 11/30/2004 | Combs Reporting, Inc. | 779.38 |
| Transcript and Fees, re: Deposition of Jerome McNamara taken on 11/30/2004 | Combs Reporting, Inc. | 543.74 |
| Transcript and Fees, re: Deposition of John Clarkson taken on 12/1/2004 | Pinnacle Reporting, Inc. | 324.62 |
| | Total: | $ 15,978.90 |

| 5.   Fees for witnesses: | | |
|---|---|---|
| Witness Fee, re: Deposition of Michael Elliott | Michael Elliott | $      50.00 |
| | Total: | $      50.00 |

| University of Miami v. Intuitive Surgical, Inc.<br>Case No. 04-20409-CIV-KING/McALILEY<br>**BILL OF COSTS** | | |
|---|---|---|
| **ITEMIZATION** | | |
| **TYPE OF COSTS:** | **PAID TO:** | **AMOUNT:** |
| **6.   Fees for exemplification and copies of papers necessarily obtained for use in the case:** | | |
| a)  Copies of documents produced by Plaintiff responsive to Defendant's Request for Production. | Black's Duplicating Services | $      107.64 |
| | Black's Duplicating Services | 84.85 |
| | Black's Duplicating Services | 119.84 |
| | Isicoff, Ragatz & Koenigsberg, P.A. | 185.55 |
| | Isicoff, Ragatz & Koenigsberg, P.A. | 19.00 |
| b)  Copies of documents relating to the exhibits to the depositions taken by Defendant in the case. | Shutts & Bowen<br><br>[764 pages  (x)  .25¢] | 191.00 |
| c)  Copies of documents used by Defendant relating to the Appendix of Supporting Material in connection with Defendant's Motion for Summary Judgment dated December 6, 2004. | Shutts & Bowen<br><br>[385 pages  (x)  .25¢] | 96.25 |
| d)  Copies of documents used by Defendant relating to the Local Rule 7.5 Statement of Material Facts as to Which There Exists a Genuine Issue to be Tried in connection with Defendant's Memorandum in Opposition to University of Miami's Motion for Partial Summary Judgment dated December 23, 2004. | Shutts & Bowen<br><br>[45 pages  (x)  .25¢] | 11.25 |
| e)  Copies of documents relating to the trial exhibits used by Defendant in the case. | Shutts & Bowen<br><br>[792 pages  (x)  .25¢] | 198.00 |
| | **Total:** | **$ 1,013.38** |
| | **TOTAL  COSTS:** | **$17,292.28** |

**SECTION "2"**

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**1501 N.W 29th St.**
**Miami, FL  33142**
**Phone: (305) 244-3991**

**Inv. # 2004006296**
**09-18-2004**


Robert Fracasso, Esquire
SHUTTS & BOWEN
250 Australian Avenue South
Suite 500
West Palm Beach FL 32401


**Case Number: Southern 04-20409 CIV KING**

Plaintiff:
**University of Miami, a non-for-profit, Florida corporation,**

Defendant:
**Intuitive Surgical, Inc., a Delaware corporation,**

Received:  9/14/2004    Completed: 9/15/2004
To be served on: Bailey, Linda F.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 20.00 | 20.00 |
| TOTAL CHARGED: | | | $20.00 |
| **BALANCE DUE:** | | | **$20.00** |

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**1501 N.W 29th St.**
**Miami, FL  33142**
**Phone: (305) 244-3991**

**Inv. # 2004006297**
**09-18-2004**

Robert Fracasso, Esquire
SHUTTS & BOWEN
250 Australian Avenue South
Suite 500
West Palm Beach FL 32401

**Case Number: Southern 04-20409 CIV KING**

Plaintiff:
**University of Miami, a non-for-profit, Florida corporation,**

Defendant:
**Intuitive Surgical, Inc., a Delaware corporation,**

Received:  9/14/2004    Completed: 9/15/2004
To be served on: Bailey Search & Associates

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |
| **BALANCE DUE:** | | | **$40.00** |

# <u>INVOICE</u>

**JUAN TAPANES, PROCESS SERVER**
**1501 N.W 29th St.**
**Miami, FL  33142**
**Phone: (305) 244-3991**

Inv. # 2004006298
09-18-2004

Robert Fracasso, Esquire
SHUTTS & BOWEN
250 Australian Avenue South
Suite 500
West Palm Beach FL 32401

**Case Number: Southern 04-20409 CIV KING**

Plaintiff:
**University of Miami, a non-for-profit, Florida corporation,**

Defendant:
**Intuitive Surgical, Inc., a Delaware corporation,**

Received:  9/14/2004     Completed: 9/15/2004
To be served on: Bailey M.D., Robert W.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 20.00 | 20.00 |
| TOTAL CHARGED: | | | $20.00 |

**BALANCE DUE:** **$20.00**

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**1501 N.W 29th St.**
**Miami, FL  33142**
**Phone: (305) 244-3991**

**Inv. # 2004006359**
**10-11-2004**

Robert Fracasso, Esquire
SHUTTS & BOWEN
250 Australian Avenue South
Suite 500
West Palm Beach FL 32401

**Case Number: Southern 04-20409 CIV KING**

Plaintiff:
**University of Miami, a non-for-profit, Florida corporation,**

Defendant:
**Intuitive Surgical, Inc., a Delaware corporation,**

Received:  10/11/2004     Completed: 10/11/2004
To be served on: Bailey M.D., Robert W.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$40.00** |

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**1501 N.W 29th St.**
**Miami, FL  33142**
**Phone: (305) 244-3991**

**Inv. # 2004006415**
**10-30-2004**

Robert Fracasso, Esquire
SHUTTS & BOWEN
250 Australian Avenue South
Suite 500
West Palm Beach FL 32401

**Case Number: Southern 04-20409 CIV KING**

Plaintiff:
**University of Miami, a non-for-profit, Florida corporation,**

Defendant:
**Intuitive Surgical, Inc., a Delaware corporation,**

Received:  10/22/2004    Completed: 10/28/2004
To be served on: Elliott, Michael S.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:** $40.00

# **INVOICE**

**JUAN TAPANES, PROCESS SERVER**
**1501 N.W 29th St.**
**Miami, FL  33142**
**Phone: (305) 244-3991**

**Inv. # 2004006405**
**11-01-2004**

**Original Date: 10/30/2004**

Robert Fracasso, Esquire
SHUTTS & BOWEN
250 Australian Avenue South
Suite 500
West Palm Beach FL 32401

**Case Number: Southern 04-20409 CIV KING**

Plaintiff:
**University of Miami, a non-for-profit, Florida corporation,**

Defendant:
**Intuitive Surgical, Inc., a Delaware corporation,**

Received:  10/22/2004    Completed: 10/26/2004
To be served on: Riestra, Benjamin J.

### **ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |
| **BALANCE DUE:** | | | **$40.00** |

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**1501 N.W 29th St.**
**Miami, FL  33142**
**Phone: (305) 244-3991**

Inv. # 2004006441
11-10-2004

Robert Fracasso, Esquire
SHUTTS & BOWEN
250 Australian Avenue South
Suite 500
West Palm Beach FL 32401

**Case Number: Southern 04-20409 CIV KING**

Plaintiff:
**University of Miami, a non-for-profit, Florida corporation,**

Defendant:
**Intuitive Surgical, Inc., a Delaware corporation,**

Received:  10/22/2004    Completed: 10/26/2004
To be served on: Riestra, Benjamin

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $50.00 |
| **BALANCE DUE:** | | | **$50.00** |

**SECTION  "3"**

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD**
**SUITE 502-K**
**WEST PALM BEACH, FL 33409**
561-820-9066     **Fax #**  561-640-9429
E-mail
PINNACLE@SFLARPTG.COM          WWW.SFLARPTG.COM

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL 33131
ATTN: ROBERT FRACASSO, ESQ.

## Invoice

| Date | Number |
|------|--------|
| 11/5/2004 | 2437 |

**TAX ID: 38-3668871**

| Description | Amount |
|-------------|--------|
| UNIVERSITY OF MIAMI  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF THOMAS FITZPATRICK, 10-27-04 | 279.71 |
| PER DIEM | 60.00 |
| COPIES OF EXHIBITS | 28.20 |
| COURIER/POSTAGE & HANDLING | 6.00 |
| REPORTER: NS | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $373.91 |
|-----|-----|-----|

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD**
**SUITE 502-K**
**WEST PALM BEACH, FL 33409**
561-820-9066     **Fax #**  561-640-9429
E-mail
PINNACLE@SFLARPTG.COM

Web Site
WWW.SFLARPTG.COM

# Invoice

| Date | Number |
|------|--------|
| 11/23/2004 | 2487 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID: 38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF MARIA CABRERA, 11-3-04 | 270.00 |
| PER DIEM | 60.00 |
| COPIES OF EXHIBITS | 1.50 |
| COURIER/POSTAGE & HANDLING | 6.00 |
| REPORTER:  GG | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $337.50 |
|----------------------------------------------|-----------|---------|

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD**
**SUITE 502-K**
**WEST PALM BEACH, FL 33409**
561-820-9066      **Fax #**  561-640-9429
E-mail                              Web Site
PINNACLE@SFLARPTG.COM      WWW.SFLARPTG.COM

# Invoice

| Date | Number |
|------|--------|
| 11/23/2004 | 2491 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID:  38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF MINOR ANDERSON, 11-4-04 | 451.58 |
| PER DIEM | 120.00 |
| REPORTER:  PG | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $571.58 |
|---|---|---|

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD**
**SUITE 502-K**
**WEST PALM BEACH, FL 33409**
561-820-9066      Fax #  561-640-9429
E-mail                                      Web Site
PINNACLE@SFLARPTG.COM        WWW.SFLARPTG.COM

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

# Invoice

| Date | Number |
|------|--------|
| 11/23/2004 | 2495 |

**TAX ID:  38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF SUSAN MONTES, 11-8-04 | 471.80 |
| PER DIEM | 75.00 |
| COPIES OF EXHIBITS | 5.25 |
| COURIER/POSTAGE & HANDLING | 6.00 |
| REPORTER:  JP | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $558.05 |
|---|---|---|

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD
SUITE 502-K
WEST PALM BEACH, FL 33409**
561-820-9066      Fax #  561-640-9429
E-mail
PINNACLE@SFLARPTG.COM         Web Site
WWW.SFLARPTG.COM

# Invoice

| Date | Number |
|------|--------|
| 12/7/2004 | 2555 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID:  38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF ALAN FISH, 11-9-04 | 766.08 |
| PER DIEM | 120.00 |
| REPORTER:  PG | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $886.08 |
|---|---|---|

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD
SUITE 502-K
WEST PALM BEACH, FL 33409**
561-820-9066     **Fax #**  561-640-9429
E-mail
PINNACLE@SFLARPTG.COM

Web Site
WWW.SFLARPTG.COM

# Invoice

| Date | Number |
|------|--------|
| 12/7/2004 | 2560 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID:  38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF MICHAEL ELLIOTT, 11-9-04 | 212.31 |
| COPIES OF EXHIBITS | 0.90 |
| PER DIEM | 60.00 |
| REPORTER:  NS | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $273.21 |
|---|---|---|

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD
SUITE 502-K
WEST PALM BEACH, FL 33409**
·561-820-9066      **Fax #**  561-640-9429
E-mail                                    Web Site
PINNACLE@SFLARPTG.COM      WWW.SFLARPTG.COM

## Invoice

| Date | Number |
|------|--------|
| 12/7/2004 | 2562 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID:  38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF BENJAMIN RIESTRA, 11-10-04 | 502.13 |
| PER DIEM | 60.00 |
| COPIES OF EXHIBITS | 2.55 |
| REPORTER:  NS | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | **$564.68** |
|---|---|---|

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD**
**SUITE 502-K**
**WEST PALM BEACH, FL 33409**
561-820-9066      Fax #  561-640-9429
E-mail
PINNACLE@SFLARPTG.COM

Web Site
WWW.SFLARPTG.COM

# Invoice

| Date | Number |
|------|--------|
| 11/23/2004 | 2517 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID:  38-3668871**

| Description | Amount |
|---|---|
| U OF M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF ROBERT BAILEY, MD, 11-12-04 | 1,132.32 |
| PER DIEM | 150.00 |
| COPIES OF EXHIBITS | 25.00 |
| COURIER/POSTAGE & HANDLING | 6.00 |
| REPORTER:  JP | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $1,313.32 |
|---|---|---|

**INVOICE**

### *Legal View, Inc.*
P.O. Box  734
Stuart, Florida  34995

(772)287-8881
(772)283-9092  fax

Service For:  **Shutts & Bowen LLP**
**1500 Miami Center  201 S. Biscayne Blvd.**
**Miami, FL 33131**
**Attn: Robert G. Fracasso, Esq.**
**(305) 358-6300**

BILL TO:

| Video Oper. | JY | | *DATE:* | 12-01-04 | | |
|---|---|---|---|---|---|---|
| Reporter: | | | *Invoice #* | **LV4652** | | |
| Company: | DIR | | | | | *EIN# 65-0743993* |

| DATE | | | | AMOUNT |
|---|---|---|---|---|
| 11-12-04 | **Video Depo: Robert W. Bailey, M.D.** | | | |
| | **9.5 Hrs.** | | | $950.00 |
| | **1 set of VHS masters ( 4 )** | | | $140.00 |
| | **Re: Univ. of Miami  vs  Intuitive Surg., Inc.** | | | |
| | **Case: 04-20409-CIV-KING/O'SULLIVAN** | | | |
| | | | | $1,090.00 |
| | | | | **$1,090.00** |

Message:)

Combs Reporting, Inc.
300 Montgomery Street, Suite 789
San Francisco, CA 94104-1909
(415) 296-8795   Fax  (415) 296-0741

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1454 | 12/07/2004 | 01-1595 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/17/2004 | COMBTO | 020409CIVKI |

| CASE CAPTION |
|---|
| University of Miami vs. Intuitive Surgical, Inc. |

| TERMS |
|---|
| Due upon receipt |

Robert Fracasso
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Darrin Uecker                      147 Pages @        2.25/Page          330.75
        EXHIBITS                     317 Pages @         .40/Page          126.80
        Litigation Support Pkg.                                             35.00
        Handling & Processing                                               27.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Alecs Cukic                        180 Pages @        2.25/Page          405.00
        EXHIBITS                     356 Pages @         .40/Page          142.40
        Litigation Support Pkg.                                             35.00
        Handling & Processing                                               27.00
                                                                        _____
                                     TOTAL   DUE   >>>>              1,128.95
```

TAX ID NO.:  11-3674829                                                      (305) 358-6300

*Please detach bottom portion and return with payment.*

Robert Fracasso
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

```
Invoice No.:  1454
Date       :  12/07/2004
TOTAL DUE  :   1,128.95


Job No.    :  01-1595
Case No.   :  0420409CIVKING
University of Miami vs. Intuitive Su
```

Remit To:   **Combs Reporting, Inc.**
            **300 Montgomery Street, Suite 789**
            **San Francisco, CA 94104-1909**

Combs Reporting, Inc.
300 Montgomery Street, Suite 789
San Francisco, CA 94104-1909
(415) 296-8795   Fax  (415) 296-0741

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1448 | 12/07/2004 | 01-1597 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/18/2004 | MACYCL | 0420409CIVKI |

| CASE CAPTION |
|---|
| University of Miami vs. Intuitive Surgical, Inc. |

| TERMS |
|---|
| Due upon receipt |

Robert Fracasso
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Susan Barnes                        126 Pages @       2.25/Page        283.50
              EXHIBITS                  295 Pages @        .40/Page        118.00
              Litigation Support Pkg.                                       35.00
              Handling & Processing                                        27.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Ben Gong                            149 Pages @       2.25/Page        335.25
              EXHIBITS                  148 Pages @        .40/Page         59.20
              Litigation Support Pkg.                                       35.00
              Handling & Processing                                        27.00
                                                                     _____
                                        TOTAL   DUE   >>>>             919.95
```

TAX ID NO. :  11-3674829                                (305) 358-6300

*Please detach bottom portion and return with payment.*

Robert Fracasso
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

```
Invoice No.:  1448
Date       :  12/07/2004
TOTAL DUE  :     919.95


Job No.    :  01-1597
Case No.   :  0420409CIVKING
University of Miami vs. Intuitive Su
```

Remit To:      **Combs Reporting, Inc.**
               **300 Montgomery Street, Suite 789**
               **San Francisco, CA 94104-1909**

EXECUTIVE REPORTING SERVICE
BANK OF AMERICA TOWER, SUITE 400
ONE PROGRESS PLAZA
ST. PETERSBURG, FL 33701-4356
(727) 823-4155   FAX (727) 822-5458
TAX ID# 59-2477254


ROBERT G. FRACASSO, JR., ESQ.
SHUTTS & BOWEN
201 S. BISCAYNE BLVD., STE. 1500
MIAMI, FL 33131

December  3, 2004

Invoice# 0403705

Balance:     $432.10


Caption: UNIVERSITY OF MIAMI VS INTUITIVE SURGICAL
         04 20409 CIV KING
Scheduled: 11/22/04   Billed: 12/03/04
Reporter: GERRILYNN FACOMPRE


                I n v o i c i n g   I n f o r m a t i o n


Charge Description

                                                                      Amount

DEPOSITION OF:  STEPHEN DANIEL SPACHT

  CERTIFIED  TRANSCRIPT PAGES   188
  EXHIBITS PAGES  167                                                  376.00
  Postage & handling                                                    50.10
                                                                         6.00


1.50% per month on unpaid balance


          P l e a s e   R e m i t   - - - >   Total Due:    $432.10


        THIS INVOICE IS DUE AND PAYABLE UPON RECEIPT.
            THANK YOU FOR YOUR PROMPT PAYMENT.

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD**
**SUITE 502-K**
**WEST PALM BEACH, FL 33409**
561-820-9066      **Fax #**  561-640-9429
E-mail
PINNACLE@SFLARPTG.COM        Web Site
WWW.SFLARPTG.COM

# Invoice

| Date | Number |
|------|--------|
| 12/8/2004 | 2570 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID:  38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF VOL. I & VOL. II OF THE TRANSCRIPT OF DAVID STANSBERRY, 11-23-04 | 1,004.00 |
| PER DIEM | 120.00 |
| ORIGINAL AND ONE COPY OF VOL. III OF THE TRANSCRIPT OF DAVID STANSBERRY, 12-3-04 | 1,057.00 |
| PER DIEM | 120.00 |
| DIRTY ASCII | 286.00 |
| COURIER/POSTAGE & HANDLING | 50.00 |
| REPORTER:  PG | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $2,637.00 |
|---|---|---|

**INVOICE**

**Legal View, Inc.**
P.O. Box 734
Stuart, Florida  34995

(772)287-8881
(772)283-9092  fax

Service For:  **Shutts & Bowen, LLP**
**1500 Miami Ctr.  201 S. Bisc. Blvd.**
**Miami, FL 33131**
**Attn: Robert G. Fracasso, Esq.**
**(305) 358-6300**

BILL TO:

| Video Oper. | Jy | DATE: | 12-01-04 | |
|---|---|---|---|---|
| Reporter: | | Invoice # | LV4660 | |
| Company: | DIR | | | EIN# 65-0743993 |

| DATE | | AMOUNT |
|---|---|---|
| | **Video Depo:David L. Stansberry** | |
| 11-23-04 | **8 Hrs.** | $815.00 |
| | **1 set of VHS masters ( 3 )** | $105.00 |
| | **Re:Univ. of Miami  vs  Intuitive Surg., Inc.** | |
| | **Case: 04-20409-CIV-KING/O'SULLIVAN** | |
| | | $920.00 |
| | Fed Ex | |
| | | $920.00 |

Message:)

**INVOICE**

## Legal Video & Media Specialists, Inc.
Post Office Box  687
Stuart, Florida   34995

772.287.8881  Office
772.283.9092  Fax

Invoice To: *Shutts & Bowen LLP*
*1500 Miami Ctr./ 201 S. Bisc. Blvd.*
*Miami, FL 33131*
*Attn: Robert G. Fracasso, Esq.*
*(305) 381-9982*

Service For:

| Video Tech: JY | DATE: | 1-04-05 | |
|---|---|---|---|
| Reporter: | Invoice # | 41203 | |
| Company:   DIR | | | EIN# 20-2029363 |

| DATE | | AMOUNT |
|---|---|---|
| | Video Depo: David Stansberry, contd from 11-23-04 | |
| 12-03-04 | 4.5 Hrs. | $500.00 |
| | 1 set of VHS masters | $70.00 |
| | Re: Univ. of Miami  vs  Intuituve Surg. Inc. | |
| | Case: 04-20409-CIV-KING/O'SULLIVAN | |
| | | $570.00 |
| | Fed Ex | N/C |
| | | $570.00 |

Message:)

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD**
**SUITE 502-K**
**WEST PALM BEACH, FL 33409**
561-820-9066      **Fax #**  561-640-9429
E-mail
PINNACLE@SFLARPTG.COM          WWW.SFLARPTG.COM
                                Web Site

## Invoice

| Date | Number |
|------|--------|
| 12/8/2004 | 2575 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID:  38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF ALAN LIVINGSTONE, M.D., 11-24-04 | 357.22 |
| COPIES OF EXHIBITS | 18.60 |
| PER DIEM | 75.00 |
| COURIER/POSTAGE & HANDLING | 6.00 |
| REPORTER:  SF | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $456.82 |
|---|---|---|

Combs Reporting, Inc.
300 Montgomery Street, Suite 789
San Francisco, CA 94104-1909
(415) 296-8795   Fax  (415) 296-0741

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1450 | 12/07/2004 | 01-1599 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/29/2004 | MACYCL | 0420409CIVKI |

| CASE CAPTION |
|---|
| University of Miami vs. Intuitive Surgical, Inc. |

| TERMS |
|---|
| Due upon receipt |

Robert Fracasso
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Joseph DeVivo                    202 Pages @         2.25/Page        454.50
        4-Day Expedite                                                   295.43
        EXHIBITS                    382 Pages @          .40/Page        152.80
        Litigation Support Pkg.                                           35.00
        Handling & Processing                                             27.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   James Paul Nolan                  61 Pages @         2.25/Page        137.25
        5-Day Expedite                                                    68.63
        EXHIBITS                     11 Pages @          .40/Page          4.40
        Unedited ASCII            61.00 Pages @        1.00/Page          61.00
        Litigation Support Pkg.                                           35.00
        Handling & Processing                                             27.00

                                   TOTAL  DUE  >>>>                     1,298.01
```

TAX ID NO. :  11-3674829                                  (305) 358-6300

*Please detach bottom portion and return with payment.*

Robert Fracasso
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Invoice No.:  1450
Date        :  12/07/2004
**TOTAL DUE** :   1,298.01

Job No.   :  01-1599
Case No.  :  0420409CIVKING
University of Miami vs. Intuitive Su

Remit To:   **Combs Reporting, Inc.**
            **300 Montgomery Street, Suite 789**
            **San Francisco, CA 94104-1909**

Combs Reporting, Inc.
300 Montgomery Street, Suite 789
San Francisco, CA 94104-1909
(415) 296-8795   Fax (415) 296-0741

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1452 | 12/07/2004 | 01-1600 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/30/2004 | MACYCL | 0420409CIVKI |

| CASE CAPTION |
|---|
| University of Miami vs. Intuitive Surgical, Inc. |

| TERMS |
|---|
| Due upon receipt |

Robert Fracasso
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Lonnie M. Smith                126 Pages @      2.25/Page        283.50
      4-Day Expedite                                                184.28
      EXHIBITS                     309 Pages @       .40/Page        123.60
      Unedited ASCII            126.00 Pages @      1.00/Page        126.00
      Litigation Support Pkg.                                         35.00
      Handling & Processing                                           27.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Jerome J. McNamara              99 Pages @      2.25/Page        222.75
      4-Day Expedite                                                144.79
      EXHIBITS                      38 Pages @       .40/Page         15.20
      Unedited ASCII             99.00 Pages @      1.00/Page         99.00
      Litigation Support Pkg.                                         35.00
      Handling & Processing                                           27.00

                        TOTAL   DUE   >>>>               1,323.12
```

TAX ID NO. :  11-3674829                                    (305) 358-6300

*Please detach bottom portion and return with payment.*

Robert Fracasso
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

```
Invoice No.:  1452
Date       :  12/07/2004
TOTAL DUE  :  1,323.12



Job No.   :  01-1600
Case No.  :  0420409CIVKING
University of Miami vs. Intuitive Su
```

Remit To:      **Combs Reporting, Inc.**
               **300 Montgomery Street, Suite 789**
               **San Francisco, CA 94104-1909**

# PINNACLE REPORTING, INC.

**2001 PALM BEACH LAKES BLVD**
**SUITE 502-K**
**WEST PALM BEACH, FL 33409**
561-820-9066      **Fax #**  561-640-9429
E-mail
PINNACLE@SFLARPTG.COM          Web Site
WWW.SFLARPTG.COM

# Invoice

| Date | Number |
|------|--------|
| 12/15/2004 | 2618 |

SHUTTS & BOWEN, P.A.
1500 MIAMI CENTER
201 S. BISCAYNE BLVD
MIAMI, FL  33131
ATTN:  ROBERT FRACASSO,  ESQ.

**TAX ID:  38-3668871**

| Description | Amount |
|-------------|--------|
| U of M  VS  INTUITIVE SURGICAL | |
| ORIGINAL AND ONE COPY OF THE TRANSCRIPT OF JOHN CLARKSON, M.D., 12-1-04 | 258.62 |
| PER DIEM | 60.00 |
| COURIER/POSTAGE & HANDLING | 6.00 |
| REPORTER:  PG | |

| INVOICE IS PAYABLE WITHIN 30 DAYS OF RECEIPT | **Total** | $324.62 |
|---|---|---|

# SECTION "5"

# DISBURSEMENT FORM

**REQUEST FOR:**  ☐ Office Check    ☐ Trust Check    ☒ Petty Cash

**CHARGE TO:**  ☒ Client    ☐ Firm    ☐ Personal

| Payable To: | | |
|---|---|---|
| RGF | | |

| Amount: | Date: | Office: |
|---|---|---|
| $ 50.00 | November 9, 2004 | MIAMI |

| Client No.: | Client Name: |
|---|---|
| 21511 | Intuitive Surgical, Inc. |

| Matter No.: | Matter Name: |
|---|---|
| 0001 | University of Miami |

## Disbursement Codes:

| | | |
|---|---|---|
| ☐ 01 Document Preparation | ☐ 17 Express Mail | ☐ 32 Meals |
| ☐ 02 Dun & Bradstreet | ☐ 18 File and Complaint | ☐ 33 Overnight Delivery |
| ☐ 03 Lexis | ☐ 19 Filing Fees | ☐ 34 Postage |
| ☐ 04 Photo Enlargement | ☐ 20 Incorporation Expense | ☐ 35 Computer Rental |
| ☐ 05 Photocopies | ☐ 21 Local Transportation | ☐ 36 Refund |
| ☐ 06 Faxes | ☐ 22 Other Miscellaneous Expense | ☐ 37 Travel Expense |
| ☐ 07 Long Distance Telephone Calls | ☐ 23 Publication Fee | ☐ 38 Temporary Help |
| ☐ 08 Storage Retrieval | ☐ 24 Printing | ☐ 39 Private Investigator |
| ☐ 09 Transcripts | ☐ 25 Professional Fees | ☐ 40 Arbitrator/Mediator |
| ☐ 10 WestLaw | ☐ 26 Photocopies/Outside | ☐ 41 Local Counsel |
| ☐ 11 Computer Services | ☐ 27 Recording Fee | ☐ 42 Other Professional |
| ☐ 12 Auto Rentals | ☐ 28 Service of Process | ☐ 43 Non Air Travel |
| ☐ 13 Air Travel | ☐ 29 Void Check | ☐ 44 Trial Transcript |
| ☐ 14 Certified Copies | ☐ 30 Witness Fee | ☐ 45 Abstract Continuation |
| ☐ 15 Court Reporter | ☐ 31 Courier | ☐ 46 Binding |
| ☐ 16 Court Cost | | |

**Description for Check:**
Check to Michael Elliott   11/9/04

**Description for Prebill:**
Check to Michael Elliott   6/9/04

| Attorney Number: | Attorney Initials: | Requestor: |
|---|---|---|
| 0197 | RGF | |

☐ Mail Check

☐ Deliver Check to Requestor

RGF

RECEIVED
NOV 0 9 2004

_____
Authorized Signature

# SECTION "6"

**MAILING ADDRESS:**
P.O. Box 331067
Miami, FL 33233-1067

**INVOICE**



# BLACK'S
## DUPLICATING SERVICES
SUNTRUST INT'L CENTER • 1 SE 3 AVE • MIAMI, FL 33131
PHONE: (305) 374-8288 • FAX: (305) 374-6465

\*INVOICE   \* 273067

Fed. I.D. #59-2298066

CUST #
20261
ISICOFF & RAGATZ, P.A.
SUITE 704
1101 BRICKELL AVE
MIAMI              FL 33131

DATE:        09/20/04
P.O. #:
CONTACT:     SUNEN
ORDER #:     273067
TELEPHONE    305 373-3232

JOB TITLE    U0001-181/2ND SET

| ITEM CODE | QTY | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 1 | 1006 COPIES @ .10 | 1.0 | 100.600 | 100.60 |

**TERMS – NET 30 DAYS** Past due accounts are subject to a service charge of 1 ½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____ Date: 9/20/04 Check No.: _____

NET 30 DAYS

TERMS:

PLEASURE TO SERVE YOU    —SHARON
PROOF  DATE              DUE  DATE

SUBTOTAL:   100.60
TAX:          7.04
SUBTOTAL:   107.64
FREIGHT:
TOTAL:      107.64
AMOUNT DUE: 107.64

P.O. Box 331067
Miami, FL 33233-1067

**INVOICE**



# BLACK'S
## DUPLICATING SERVICES

SUNTRUST INT'L CENTER • 1 SE 3 AVE • MIAMI, FL 33131
PHONE: (305) 374-8288 • FAX: (305) 374-6465

\*INVOICE   * 273537

Fed. I.D. #59-2298066

CUST #    20261
ISICOFF & RAGATZ, P.A.
SUITE 704
1101 BRICKELL AVE
MIAMI            FL 33131

DATE:        10/29/04
P.O. #:
CONTACT:     SUNEN
ORDER #:     273537
TELEPHONE    305 373-3232

JOB TITLE   # 00001.181

| ITEM - CODE | QTY. | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 1   793 | COPIES @ .10 | 1.0 | 79.300 | 79.30 |

**TERMS – NET 30 DAYS**  Past due accounts are subject to a service charge of 1 ½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____ Date: _____ Check No.: _____

NET 30 DAYS

TERMS:

PLEASURE TO SERVE YOU
PROOF DATE

-SHARON
DUE DATE

| | |
|---|---|
| SUBTOTAL: | 79.30 |
| TAX: | 5.55 |
| SUBTOTAL: | 84.85 |
| FREIGHT: | |
| TOTAL: | 84.85 |
| AMOUNT DUE: | 84.85 |

**MAILING ADDRESS:**
P.O. Box 331067
Miami, FL 33233-1067

**INVOICE**



# BLACK'S
## DUPLICATING SERVICES

SUNTRUST INT'L CENTER • 1 SE 3 AVE • MIAMI, FL 33131
PHONE: (305) 374--8288 • FAX: (305) 374-6465

\*INVOICE # 274523

Fed. I.D. #59-2298066

| | | | |
|---|---|---|---|
| CUST # | 20261 | DATE: | 01/27/05 |
| | ISICOFF & RAGATZ, P.A. | P.O. #: | |
| | SUITE 704 | CONTACT: | SUNEN |
| | 1101 BRICKELL AVE | ORDER #: | 274523 |
| | MIAMI          FL 33131 | TELEPHONE | 305 373-3232 |

JOB TITLE   U0001-181

| ITEM - CODE | QTY. | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| )43 | 1  1120 | COPIES @ .10<br>1 SET OF 2 | 1.0 | 112.000 | 112.00 |

|  |  |
|---|---|
| SUBTOTAL: | 112.00 |
| TAX: | 7.84 |
| SUBTOTAL: | 119.84 |
| FREIGHT: | |
| TOTAL: | 119.84 |
| AMOUNT DUE: | 119.84 |

**TERMS – NET 30 DAYS** Past due accounts are subject to a service charge of 1 ½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____   Date: _____   Check No.: _____

TERMS:   NET 30 DAYS

PLEASURE TO SERVE YOU      -SHARON
   PROOF DATE               DUE DATE

# ISICOFF, RAGATZ & KOENIGSBERG, P.A.

ATTORNEYS AT LAW

1101 BRICKELL AVENUE
SUITE 800 SOUTH TOWER
MIAMI, FLORIDA 33131
TEL: 305.373.3232
FAX: 305.373.3233

October 22, 2004

Scott Rostock, Esq.
Shutts & Bowen LLP
201 South Biscayne Blvd
Suite 1500
Miami, Florida 33131

**RE:    Our file number U0001-181**

**10/22/04**    **Copying charges for documents (documents enclosed)**

742 pages  @  $0.25  =    $185.50

**Total Due:**           **$185.55**

G:\UM\COMPUTERMOTION\Corr\14sp.Rostock.Invoice.wpd

# ISICOFF, RAGATZ & KOENIGSBERG, P.A.

ATTORNEYS AT LAW

1101 BRICKELL AVENUE
SUITE 800 SOUTH TOWER
MIAMI, FLORIDA 33131
TEL: 305.373.3232
FAX: 305.373.3233

December 20, 2004

Scott Rostock, Esq.
Shutts & Bowen LLP
201 South Biscayne Blvd
Suite 1500
Miami, Florida 33131

**RE:    Our file number U0001-181**

**12/20/04        Copying charges for documents (documents enclosed)**

76 pages  @  $0.25    =        $19.00

**Total Due:**              **$19.00**

G:\UM\COMPUTERMOTION\Corr\30sp.Rostock.Invoice.wpd